UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. VANG, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:00-CV-6496-REC-SMS-P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A LATE APPEAL<br><br>(Doc. 167) |

　　Plaintiff Timothy Buford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 8, 2005, plaintiff filed a motion seeking leave of court to file a late appeal of Judge Coyle's orders issued on February 8, 2005. Fed. R. App. P. 4(a)(6). Plaintiff contends that due to two address changes, he did not receive the orders until May 26, 2005.

　　The orders filed on February 8, 2005, were served on plaintiff at his address of record. Although the orders were returned twice by the United States Postal Service as undeliverable, service of the orders was deemed effective because they were served on plaintiff at his address of record. Local Rule 83-182(f). As a courtesy, the Clerk's Office twice re-sent the orders in question. The extension of this courtesy does not alter the fact that service of the orders was deemed effective when they were served on plaintiff at his address of record on February 8, 2005.

　　In addition, the orders, two of which concerned discovery issues and one of which was an order to show cause, are not final orders and are not appealable. Way v. County of Ventura, 348 F.3d 808, 810 (9th Cir. 2003); Legal Aid Soc'y of Alameda Co. v. Dunlop, 618 F.2d 48, 51 (9th Cir.

1

1980) (absent certain exceptions, discovery orders not final and not appealable).  It is therefore futile for plaintiff to file a notice of appeal of the orders and would serve only to waste judicial resources.

Based on the foregoing, plaintiff's motion for leave of court to file a late notice of appeal, filed June 8, 2005, is DENIED.

IT IS SO ORDERED.

**Dated:     June 13, 2005**                              **/s/ Sandra M. Snyder**
icido3                                                        UNITED STATES MAGISTRATE JUDGE