UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. VANG, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:00-CV-6496-REC-SMS-P<br><br>ORDER LIFTING STAY IN PART, GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL, AND PROVIDING DEFENDANT WITH FIFTEEN DAYS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO HIS MOTION FOR A PROTECTIVE ORDER<br><br>(Docs. 155, 156, and 157) |

　　　Plaintiff Timothy Buford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 22, 2004, defendant Broome ("defendant") filed motion seeking a protective order. On December 8, 2004, plaintiff filed an opposition. On November 29, 2004, plaintiff filed a motion to compel. On December 9, 2004, defendant filed a request for an extension of time to file an opposition.

　　　This action has been stayed since December 8, 2004, pursuant to court order. By this order, the stay shall be lifted in part. <u>Discovery remains stayed pending resolution of defendant's motion for a protective order and plaintiff's motion to compel</u>. Defendant may within fifteen days, if he so chooses, file a reply to plaintiff's opposition to his motion for a protective order. Defendant's request for an extension of time to oppose plaintiff's motion to compel shall be granted and defendant shall file an opposition within thirty days.

///

Based on the foregoing, it is HEREBY ORDERED that:

1. The stay in this action is lifted in part as set forth in this order;
2. Defendant's motion for an extension of time to file an opposition to plaintiff's motion to compel, filed December 9, 2004, is GRANTED;
3. Defendant's opposition to plaintiff's motion to compel shall be filed **within thirty (30) days** from the date of service of this order; and
4. Defendant's reply to plaintiff's opposition to his motion for a protective order, if any, shall be filed within **fifteen (15) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 7, 2005**          /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE