UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. VANG, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:00-CV-6496-REC-SMS-P<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR CONSIDERATION OF REPLY BRIEF<br><br>(Doc. 177)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL<br><br>(Doc. 179) |

　　　　Plaintiff Timothy Buford ("plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 8, 2005, the court issued an order directing that defendant's opposition to plaintiff's motion to compel be filed within thirty days and defendant's reply to plaintiff's opposition to defendant's motion for a protective order, if any, be filed within fifteen days. Defendant filed an opposition on July 22, 2005, and a reply on August 5, 2005. In the reply, defendant stated in a footnote that he inadvertently reversed the two deadlines, filing the opposition within fifteen days and the reply within thirty days. Defendant requested that the court consider the reply despite its technically untimely filing.

　　　　Defendant's request shall be granted and the court will consider his reply brief. Pursuant to Local Rule 78-230(m), defendant's motion for a protective order has now been deemed submitted.

///

1

On August 5, 2005, plaintiff filed a request for an extension of time to file a reply to defendant's opposition to plaintiff's motion to compel. Plaintiff's request shall be granted, and plaintiff shall have thirty days to file his reply.

Accordingly, it is HEREBY ORDERED that:

1. Defendant's technically untimely reply, filed August 5, 2005, will be considered by the court;

2. Plaintiff's request for an extension of time to file a reply, filed August 5, 2005, is GRANTED; and

3. Plaintiff's reply to defendant's opposition to plaintiff's motion to compel shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   August 10, 2005**          /s/ Sandra M. Snyder
i0d3h8                              UNITED STATES MAGISTRATE JUDGE