# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO. 1:00-CV-6496-REC-SMS-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS FOR AN EXTENSION OF TIME NUNC PRO TUNC TO AUGUST 5, 2005 |
| v. | |
| DR. VANG, et al., | (Docs. 174 and 176) |
| Defendants. | ORDER DENYING RULE 59(E) MOTION |
| | (Doc. 178) |

     On July 20, 2005, plaintiff filed a motion seeking a fifteen day extension of time to file a Federal Rule of Civil Procedure 59 motion for reconsideration of the Magistrate Judge's order denying him motion for leave to amend. (Doc. 174.) On August 1, 2005, plaintiff filed a second motion seeking a fifteen day extension of time to file a Rule 59 motion. (Doc. 176.) On August 5, 2005, pursuant to Rule 59(e), plaintiff filed a motion seeking to alter or amend judgment.

     Plaintiff's two motions seeking an extension of time are HEREBY GRANTED nunc pro tunc to August 5, 2005, the date plaintiff filed his Rule 59(e) motion.

     Rule 59 governs new trials and amendments of judgment. Rule 59(e), cited to by plaintiff in his motion, provides that a motion to alter or amend judgment must be filed within ten days after entry of judgment.

///

///

No trial has been held in this action and judgment has not been entered.  Accordingly, plaintiff's Rule 59 motion is baseless and is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **October 25, 2005**                              **/s/ Robert E. Coyle**
668554                                            UNITED STATES DISTRICT JUDGE