1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    TIMOTHY BUFORD,                 CASE NO. 1:00-CV-6496-REC-SMS-P

10              Plaintiff,            ORDER DENYING PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT, WITH
11      v.                                   PREJUDICE

12    DR. VANG, et al.,                  (Doc. 188)

13                   Defendants.

14    _____/

15        On October 20, 2005, plaintiff Buford ("plaintiff") filed a motion seeking the entry of default.

16 Plaintiff's motion is wholly without merit and shall be denied.

17        Defendant Broome ("defendant") was personally served by the United States Marshal on

18 November 7, 2002. (Doc. 44.) Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), defendant's

19 response to the amended complaint was due on or before November 27, 2002. Defendant filed an

20 answer to the amended complaint on December 3, 2002. (Doc. 45.) The window within which

21 plaintiff was entitled to seek entry of default under the Federal Rules was between the date

22 defendant's response was due and the date defendant filed his answer. Plaintiff may not now, almost

23 three years after defendant filed his answer, seek the entry of default because the answer was late.

24 Plaintiff failed to file a motion for entry of default prior to the date defendant filed his answer, and

25 his motion for entry of default is therefore groundless.

26 ///

27 ///

28 ///

1

Accordingly, plaintiff's motion for entry of default is HEREBY DENIED, with prejudice. Further, because the motion is frivolous, plaintiff will, in a separate order, be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

**Dated:    October 31, 2005**                    **/s/ Sandra M. Snyder**
icido3                                            UNITED STATES MAGISTRATE JUDGE