# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>           Plaintiff,<br><br>     v.<br><br>DR. VANG, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:00-CV-6496-REC-SMS-P<br><br>ORDER STAYING ACTION PENDING RESOLUTION OF DISCOVERY MOTIONS AND ISSUANCE OF ORDER TO SHOW CAUSE |

This action shall be stayed pending resolution of the parties' pending discovery motions and issuance of the order requiring plaintiff to show cause why sanctions should not be imposed, actions which are forthcoming. With the exception of notices of change of address or substitutions of counsel, neither party is to file anything further in this action. Until the parties receive an order from the undersigned lifting the stay, they shall take no further action in this case.[1] If either party violates this order, the filing submitted will be stricken from the record. As previously stated, notices of change of address and substitutions of counsel are excepted from this order and may be filed.

Based on the foregoing, this action is HEREBY ORDERED STAYED.

IT IS SO ORDERED.

**Dated:    October 31, 2005**            /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Discovery remains stayed pursuant to the court's order of July 8, 2005. (Doc. 172.)

1