# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD, | CASE NO. 1:00-CV-6496-REC-SMS-P |
| Plaintiff, | AMENDED ORDER LIFTING STAY |
| v. | (Doc. 196) |
| DR. VANG, et al., | |
| Defendants. | |

On April 18, 2006, the court issued an order lifting the stay in this action. (Doc. 196.) The order is amended to reflect that discovery remains stayed pending resolution of the order to show cause and defendant's motion for a protective order. (Docs. 151, 198.)

IT IS SO ORDERED.

**Dated:   April 28, 2006**          /s/ Sandra M. Snyder
icido3                               UNITED STATES MAGISTRATE JUDGE

1