# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. VANG, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:00-CV-06496-AWI-SMS-P<br><br>ORDER STRIKING PLAINTIFF'S MOTION SEEKING STATUS<br><br>(Doc. 204) |

On June 5, 2006, plaintiff filed a motion seeking the status of his motion seeking an extension of time, which was filed on May 12, 2006. Plaintiff's request for status is improper and is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   June 6, 2006**              /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE