# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. VANG, et al.,<br><br>            Defendants.<br>                                                              / | CASE NO. 1:00-CV-06496-AWI-SMS-P<br><br>ORDER DEEMING MOTION FOR PROTECTIVE ORDER AND MOTION TO COMPEL WITHDRAWN IN LIGHT OF RECOMMENDATION THAT ACTION BE DISMISSED<br><br>(Docs. 152 and 154) |

In a Findings and Recommendations issued concurrently with this order, the undersigned recommended that this action be dismissed, with prejudice, as a sanction against plaintiff for acting in bad faith. In light of the pending terminating sanction, defendant's motion for a protective order, filed November 22, 2004, and plaintiff's motion to compel, filed November 29, 2004, are DEEMED WITHDRAWN.

In the event that the Honorable Anthony W. Ishii does not adopt the Findings and Recommendations in full and dismiss this action, and discovery remains open, the undersigned will issue an order deeming the motions re-noticed and will resolve them in due course.

IT IS SO ORDERED.

**Dated:**    September 15, 2006                  /s/ Sandra M. Snyder
icido3                                                        UNITED STATES MAGISTRATE JUDGE

1