UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. VANG, et al.,<br><br>    Defendants. | 1:00-CV-06496-AWI-SMS P<br><br>ORDER GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO FILE AN OBJECTION TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #218) |

On October 16, 2006, plaintiff filed a motion to extend time to file an objection to the court's findings and recommendations. Defendant filed a statement of non-opposition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his objection.

IT IS SO ORDERED.

**Dated:** **October 30, 2006**          /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE