UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY BUFORD, | ) | 1:00-cv-06496-AWI-SMS PC |
| | ) | |
|     Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSIONS OF TIME TO REVIEW AND, IF NECESSARY, RESPOND TO NOTICE OF DISCLOSURE, AND TO FILE OBJECTION TO FINDINGS AND RECOMMENDATIONS |
|     v. | ) | |
| DR. VANG, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | (Docs. 220 and 222) |

On November 27, 2006, plaintiff filed a motion seeking an extension of time to review and respond, if necessary, to Judge Ishii's Notice of Disclosure, filed October 6, 2006. Defendant filed a statement of non-opposition on December 4, 2006. On December 7, 2006, plaintiff filed a motion seeking a second extension of time to file an objection to the Findings and Recommendations filed on September 15, 2006.

After due consideration, plaintiff's motions are HEREBY GRANTED, and plaintiff has **thirty (30) days** from the date of service of this order in which to review and respond to Judge Ishii's Notice if necessary, and to file objections to the Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   January 4, 2007**          /s/ Sandra M. Snyder
i0d3h8                        UNITED STATES MAGISTRATE JUDGE