1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  TIMOTHY BUFORD,                          CASE NO. 1:00-cv-06496-AWI-SMS PC

10                          Plaintiff,       ORDER STRIKING PLAINTIFF'S MOTION
                                            FOR AN EXTENSION OF TIME
11       v.
                                            (Doc. 227)
12  DR. VANG, et al.,

13                          Defendants.
                                        /
14

15       On February 13, 2007, plaintiff filed a motion seeking an extension of time to pay the

16  $250.00 sanction against him.  Plaintiff appears to have confused this case with case number 1:01-

17  cv-05192-AWI-SMS PC *Buford v. Wasco State Prison, et al.*, in which the Honorable Anthony W.

18  Ishii ordered plaintiff to pay $250.00 within thirty days by order filed January 11, 2007.[1]

19       The Court cannot remove the motion from this case and file it in plaintiff's other case.

20  Plaintiff will have to file a new motion using the correct case number, should he wish to seek an

21  extension of time in that case.

22       Plaintiff's motion is HEREBY STRICKEN from the record on the ground that there is no

23  order pending in this action requiring plaintiff to pay $250.00.

24

25  IT IS SO ORDERED.

26  **Dated:    February 15, 2007**              **/s/ Sandra M. Snyder**
    i0d3h8                                   UNITED STATES MAGISTRATE JUDGE
27

28
    _____
    [1] The Court takes judicial notice of its docket.