# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>        Plaintiff,<br><br>   v.<br><br>BROOME,<br><br>        Defendant.<br>_____/ | CASE NO. 1:00-cv-06496-LJO-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECUSAL AS MOOT (Doc. 226)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND ASSESSING SANCTIONS AGAINST PLAINTIFF (Doc. 214)<br><br>ORDER REQUIRING PLAINTIFF TO REMIT MONETARY SANCTION AMOUNTS TO COUNTY COUNSEL'S OFFICE AND COURT WITHIN SIXTY DAYS<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, BASED ON PLAINTIFF'S BAD FAITH CONDUCT, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANT AND AGAINST PLAINTIFF |

     Plaintiff Timothy Buford ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

     On September 15, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections were to be filed within thirty days. After obtaining several extensions of time, Plaintiff filed an Objection on February 6, 2007. Defendant Broome did not file a response.

///

1      In addition, on October 6, 2006, the Honorable Anthony W. Ishii, before whom this case was
2 pending, issued an order disclosing that his wife works for the County of Fresno.  Judge Ishii
3 declined to *sua sponte* recuse himself because it did not appear Mrs. Ishii's employment was related
4 to the events at issue in this action.  However, Judge Ishii granted leave to the parties to file a motion
5 should any party believe a motion appropriate.  After obtaining an extension of time, Plaintiff filed
6 a motion to recuse Judge Ishii and the Fresno County Counsel's Office as defense counsel on
7 February 6, 2007.  Defendant filed an opposition on February 6, 2007, and plaintiff filed a reply on
8 February 20, 2007.
9      On February 22, 2007, this action was reassigned following the appointment of the
10 undersigned to the position of United States District Judge.  In light of the reassignment of this
11 action, plaintiff's motion is denied as moot.
12      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, the
13 undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,
14 the undersigned finds the Findings and Recommendations to be supported by the record and by
15 proper analysis.
16      Accordingly, IT IS HEREBY ORDERED that:
17   1.   Plaintiff's motion to recuse Judge Ishii and the County Counsel's Office, filed
18        February 6, 2007, is DENIED as moot in light of the reassignment of this case;
19   2.   The Findings and Recommendations, filed September 15, 2006, is adopted in full;
20   3.   Plaintiff is (1) formally reprimanded for serving his filing of April 9, 2004, on the
21        Attorney General's Office despite having been warned of the problem by the Court
22        in its order of March 12, 2004, and (2) warned that monetary sanctions will be
23        assessed against him if the violation occurs again;
24   4.   Within **sixty (60) days** from the date of service of this order, Plaintiff SHALL (1) pay
25        **$102.70** to the Fresno County Counsel's Office, which is the cost incurred in filing
26        the motion to compel service of the opposition, and (2) pay **$250.00** to the Court, for
27        making false representations in his opposition to Defendant's motion to compel
28 ///

service, and for making false representations and failing to concede his error in his surreply;

5. This action is DISMISSED, with prejudice, based on Plaintiff's bad faith conduct relating to the filing of motions for entry of default, for an order deeming Defendant's affirmative defenses waived, and for leave to amend; and

6. The Clerk of the Court shall enter judgment for Defendant and against Plaintiff.

IT IS SO ORDERED.

**Dated:   March 1, 2007**               /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES DISTRICT JUDGE