# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BUFORD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. VANG, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:00-cv-06496-LJO-SMS PC<br><br>APPEAL DOCKET NO. 07-15581<br>APPEAL DOCKET NO. 07-15649<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER NUMBER 234 ON NINTH CIRCUIT<br><br>(Doc. 234) |

　　　A review of the Ninth Circuit docket for Plaintiff's appeals in this action reflects that the Ninth Circuit may not have received this Court's order revoking Plaintiff's in forma pauperis status.[1] Fed. R. App. P. 24(a). Accordingly, the Clerk's Office SHALL RE-SERVE order number 234 on the Ninth Circuit.

IT IS SO ORDERED.

**Dated:　May 18, 2007**　　　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] For reasons unclear, opened as *Buford v. Mariz* rather than *Buford v. Vang*.

1